STEVE K. WASSERMAN, ESQ. (Bar No. 58573)
 skw@wassermanlawgroup.com
KATHRYN S. MARSHALL, ESQ. (Bar No. 175081)
 ksm@wassermanlawgroup.com
**WASSERMAN LAW GROUP**
5567 Reseda Boulevard, Suite 330
Tarzana, California  91356
Telephone: (818) 705-6800
Facsimile:  (818) 705-8926

Attorneys for NIGHTCAP CLOTHING, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NIGHTCAP CLOTHING, INC.,<br><br>              Plaintiff,<br><br>    vs.<br><br>FOR LOVE AND LEMONS, LLC AND DOES 1 TO 10,<br><br>              Defendants. | CASE NO.: 2:16-cv-09310-CAS-SK<br>*(Assigned to Hon. Christina A. Snyder, Ctrm. 8D)*<br><br>**JOINT REPORT REGARDING SETTLEMENT**<br><br>Complaint Filed:  December 16, 2017 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WASSERMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
TARZANA, CALIFORNIA  91356

1099722.1

JOINT REPORT REGARDING SETTLEMENT

1    The parties have entered into a confidential settlement and are in the process
2    of executing a long form settlement agreement.  The parties expect that certain
3    obligations required under the agreement will be completed by October 31, 2017
4    and if such obligations are timely completed, the parties will file a dismissal with
5    prejudice shortly after that date.

6

7    DATED: September 20, 2017          **ONE, LLP**
                                        STEPHEN M. LOBBIN, ESQ.
8

9                                       By:  /s/ Stephen M. Lobbin
10                                          STEPHEN M. LOBBIN
                                        Attorneys for Defendant, FOR LOVE AND
11                                      LEMONS, LLC

12   DATED: September 20, 2017          **WASSERMAN LAW GROUP**
                                        STEVE K. WASSERMAN, ESQ.
13                                      KATHRYN S. MARSHALL, ESQ.

14

15                                      By:  /s/ Kathryn S. Marshall
                                            KATHRYN S. MARSHALL
16                                      Attorneys for Plaintiff, NIGHTCAP
                                        CLOTHING, INC.

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other

2  signatories listed, and on whose behalf this filing is submitted, concur in the filing's

3  content and have authorized the filing.

4

5                                By: */s/ Kathryn S. Marshall*
6                                     KATHRYN S. MARSHALL
                                      Attorneys for Plaintiff,
7                                     NIGHTCAP CLOTHING, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WASSERMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
TARZANA, CALIFORNIA 91356

1099722.1

JOINT REPORT REGARDING SETTLEMENT

1  | **CERTIFICATION OF SERVICE**

2

3       I hereby certify that on September 20, 2017, I electronically filed the **JOINT**

4  **REPORT REGARDING SETTLEMENT** with the Clerk of the Court by using

5  the CM/ECF system.

6

7  DATED: September 20, 2017        **WASSERMAN LAW GROUP**
                                    STEVE K. WASSERMAN, ESQ.
8                                   KATHRYN S. MARSHALL, ESQ.

9

10                               By:   _/s/ Kathryn S. Marshall_
                                        KATHRYN S. MARSHALL
11                                Attorneys for NIGHTCAP CLOTHING, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WASSERMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
TARZANA, CALIFORNIA 91356