WASSERMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
TARZANA, CALIFORNIA 91356

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NIGHTCAP CLOTHING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FOR LOVE AND LEMONS, LLC AND DOES 1 TO 10, <br><br> Defendants. | CASE NO.: 2:16-cv-09310-CAS-SK <br> (*Assigned to Hon. Christina A. Snyder, Ctrm. 8D*) <br><br> **(PROPOSED) ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** <br><br> Complaint Filed:  December 16, 2017 |

1100900.1

ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE

ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: November 2, 2017   BY: *Christina A. Snyder*
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

WASSERMAN LAW GROUP
5567 RESEDA BOULEVARD, SUITE 330
TARZANA, CALIFORNIA 91356

1100900.1

2

ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE